**FILED**

2017 Oct-06 PM 04:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court

### NORTHERN DISTRICT OF ALABAMA

2017 OCT -5 P 3: 51

U.S. DISTRICT COURT
N.D. OF ALABAMA

**Krystal Nicole Butler**
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

)
)
)
)
)
)
)

**2:17-cv-01713-RDP**

-v-

**Eva Bank**
**Housing Authority Birmingham District**
**Housing Urban Development Alabama**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
            (to be filled in by the Clerk's Office)

JURY TRIAL    ☐ Yes    ☐ No

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff**
   Name:                    Krystal Nicole Butler
   Street Address          1409 12th Street North
   City and County         Birmingham, Alabama Jefferson County
   State and Zip Code      Alabama, 35204
   Telephone Number        205-834-7063 (l) 205-226-5585 (h)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
  Name                    Eva Bank
  Job or Title            Kelly J. Meade, Special Assets Collections Manager
  Street Address          1710 Cherokee Avenue S. W.
  City and County         Cullman, Cullman County
  State and Zip Code      Alabama 35055

Defendant No. 2
  Name                    Housing Authority of the Birmingham District
  Job or Title            Ronald J. Williams, ESQ Contract Compliance
  Street Address          1826 3rd Avenue South
  City and County         Birmingham, Jefferson
  State and Zip Code      Alabama 35233

Defendant No. 3
  Name                    U.S. Depart of Housing and Urban Development
  Job or Title            Michael German, Field Office Director
  Street Address          950 22nd St. North, Medical Forum Suite 900
  City and County         Birmingham Jefferson
  State and Zip Code      Alabama 35203-5301

Defendant No. 4
  Name
  Job or Title
  Street Address
  City and County
  State and Zip Code

Defendant No. 5
  Name
  Job or Title
  Street Address
  City and County
  State and Zip Code

Pro Se General Complaint for a Civil Case (Rev. 10/16)

**II.     Basis for Jurisdiction**

Federal courts are court of limited jurisdiction (limited power).  Generally, only these types of cases can be heard in federal court:  a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction?   *(check all that apply)*

☑ Constitutional or Federal Question      ☐ USA Defendant      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _____

Address          _____

**B.     If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Housing Act the Interest was too high in the beginning, The Reason I am a Single Black female in an Urban under Privilege neighborhood.

**C.     If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the State of

*(name)*_____. Or is a citizen of *(foreign nation)*_____.

b.     If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*) Please see letter of explanation, with attached document 3

3.     The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at state – is more than $75,000, not counting interest and costs of court, because *(explain)*

I am seeking a minimum of $100,894.25. This home loan was suppose to be only $65,000.00. HARD, HUD, and EJA Bank caused more debt than necessary.

## III.   Statement of Claim

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Fair Lending Act specifies high interest Rates are prohibited. Eva Bank intentionally set the Interest too high on my Mortgage loan. HABD should have not chosen Eva Bank as one of their lenders. These homes were built for low income families. My Rights were violated February 19, 2008. The Hub of Alabama did not take ownership when I contacted them about my Interest Rate. I was told by Hollis Wormsby "This house is not classified as a Hub Home", I questioned why not it was built with Hub funds? I was ignored.

## IV.   Relief

State Briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive damages in the amount of $15,654.40. Interest alone is what Eva Bank charged me in Interest for the loan. That is more than the Principal amount of the loan. Approximately 9 years later I am still paying only Interest on my Mortgage loan.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Krystal_                    Last Name _Butler_

Mailing Address _1409 12th Street North_

City and State _Birmingham, Alabama_                    Zip Code _35204_

Telephone Number _205-226-5583-home  205-834-7063 (cell)_

E-mail Address _krystal332003@yahoo.com_

Signature of plaintiff _Krystal N. Butler,_

Date signed _October 5, 2017_

## **OPTIONAL**

You may request to receive electronic notifications. You may not file documents or communicate with the Court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov.
- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

E-mail type:

☑ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the Court will test and verify receipt, you will be allowed to receive electronic notifications.

Submitting this request the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5 (b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

krystal332003@yahoo.com

Participant signature: Krystal N. Kutler

Date: October 5, 2017

# Krystal N. Butler

1409 12th Street North, Birmingham, Alabama 35204 | 205-834-7063 | krystal332003@yahoo.com

October 4, 2017

United States District Court
Northern District of Alabama
5th Avenue North #140
Birmingham, Alabama 35203

To Whom It May Concern,

I purchased a house built by United States Department of Housing and Urban Development. The home was built in Fountain Heights Community North Birmingham. I was awarded a $45K Grant from the Housing Authority Birmingham District. Those funds were to pay for the home that was built. The 30 year Mortgage was financed by EvaBank in Cullman, Alabama. At the time I was practically homeless and didn't fully understand what I was signing. I remember the closing was delayed because EvaBank put a balloon note of $50K due after 60 months. Well the HABD referred me to Truitt Evans with the Fair Lending Department in Birmingham. EvaBank redid the paperwork and I thought everything was fine. Well later I realized they financed this home at a 9.99% Interest Rate. These home loans were suppose to be FHA loans. EvaBank gave me a Conventional Home Loan. I attempted several times to refinance this home. I was in a Motor Vehicle accident in 2012 and that hurt my credit even more. I closed on my home February 19, 2008. I have been financially struggling since that time. I have had two Modifications at an 8% Interest Rate. I have come close to losing this house before and I didn't. Well last year when I fell behind on the Mortgage I Filed Chapter 13. I have still been making payments since October 2016 after I filed the Chapter 13 to EvaBank. Also they are receiving money from the Bankruptcy. I really want to give this home back to EvaBank. I should have left at least 5 years ago when the Mortgage was current. I was afraid to because the HABD told me if I leave before 15 years is up I will have to pay back the second Mortgage portion of my home loan. I am attaching my Settlement Statement for proof of my accusations. Also last year when I contacted HUD about the high Interest Rate they did absolutely nothing. I have a letter from the Field Director. Now HUD advertises Affordable Homes. Well a 9.99% Interest Rate has never been affordable for a single female carrying a home alone. My home loan is a Predatory Loan of the worst kind. Now EvaBank filed for a Motion of Relief from Stay to proceed on Foreclosing on my Home. I will attach that Documentation as well. As of September 2017 I will not pay any more to Eva Bank. I am preparing to move to an apartment. They can proceed how they want. I sent a letter to their attorneys

requesting that I sign a Deed in Lieu of instead of having a Foreclosure on my credit. I deserve to be compensated for this criminal Interest Rate. Now if my Credit Score was that poor EvaBank would have been better off not granting me the home loan to begin with. I plead with the court to make this a Civil Case. I will gladly pay the $400 and I will have the money Friday October 6, 2017. I also want to ask the court to not allow them to throw my things out of my home. Give me some time to move. After taking care of their home for over 9 years I have more than earned that right. I agree they can have it back. It has been more challenging to find an apartment with an open Chapter 13. Many Property Managers do not want to accept my application. EvaBank told me they are going to sell my home on the courthouse steps October 13, 2017. They also put my home up for sale in The Messenger. I was not notified of this until September 15, 2017. I also want to walk away from this home without any debt to EvaBank or the HABD. I desire to start over and rebuild my credit. I have enough debt as a result of this home. I could not even afford to pay on my Student Loan that is approximately $40K after I signed for the home loan. EvaBank was aware of that debt. I have previously filed a formal complaint against them with the Consumer Protection Finance Bureau and EvaBank did not respond. My case number is written on the top of the documentation attached. My home loan account number with EvaBank headquarted in Cullman, Alabama is 80206468.

Sincerely,

Krystal N. Butler

**Krystal N. Butler**



**U. S. Department of Housing and Urban Development**
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301

November 4, 2016

Ms. Krystal N. Butler
1409 12th Street North
Birmingham, AL 35204

Dear Ms. Butler:

President Barack Obama received your recent correspondence and referred it to United States Department of Housing and Urban Development's (HUD) Birmingham Field Office for response because we administer federal housing programs in the State of Alabama. In your letter you sought assistance with obtaining an interest reduction on a conventional mortgage on your current residence as part of your efforts to avoid foreclosure.

Given the overall circumstances described in your correspondence we suggest that you seek the services of a HUD certified Housing Counseling Agency. HUD certified Housing Counseling Agencies can review your circumstances and try to help you develop the best possible solution to your housing challenge. For your convenience we have enclosed a listing of the HUD certified Housing Counseling Agencies that serve Birmingham, Alabama. You should contact the agency of your choice and seek pre-foreclosure counseling. You may also consider calling United Way's 2-1-1 service. HUD is one of the partners in their foreclosure prevention task force, and they have a network of organizations that work with them to provide assistance to homeowners in distress. Their services include access to free legal services.

We very much appreciate this opportunity to be of assistance. If you feel that we may be of further assistance please do not hesitate to call Hollis Wormsby, Senior Management Analyst, at (205) 745-4429.

Sincerely,

Michael German

Michael German
Field Office Director

Enclosure

*HUD's mission is to increase homeownership, support community development and increase access to affordable housing free from discrimination.*

**www.hud.gov • espanol.hud.gov**

*LAW OFFICES*

# MORRIS & LAVETTE

A PROFESSIONAL CORPORATION
2131 THIRD AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

DEWAYNE N. MORRIS
morrisdn@bellsouth.net
JOHN R. (JACK) LAVETTE
jlavette@bellsouth.net

FED TAX ID   63-0958610
TELEPHONE   (205) 254-3885
TOLL FREE   (800) 466-3885
FAX   (205) 716-3108

September 15, 2017

Ms. Krystal N. Butler
1409 12th Street North
Birmingham, AL 35204

   Re: Mortgage to EvaBank
   Account No.: 80206468

Our client, EvaBank, has on this date forwarded to us the above-captioned mortgage loan for immediate foreclosure proceedings due to relief from stay in your bankruptcy case and the delinquency of your mortgage loan. The entire debt has been accelerated due to this default.

We will forward a notice of mortgage foreclosure sale to The Alabama Messenger for publication of the said foreclosure sale to appear in its issues of September 23, 30, October 7, 2017. Please note that the foreclosure sale will be October 13, 2017, at the main entrance of the Jefferson County Courthouse, Birmingham, Alabama. Enclosed please find a copy of the mortgage foreclosure notice as it will appear in The Alabama Messenger.

Enclosed herewith is a written notice containing notification required by Consumer Credit Protection Act, 91 § 879; 15 U. S. C. 1692 (g).   **For "Homeownership Counseling," you may call 1-800-569-4287.**

If you have any questions, please let us know.

         Sincerely yours,

         Dewayne N. Morris

DNM;aes
Enclosures
cc: EvaBank (via facsimile)

LAW OFFICES OF

# **BROCK & STOUT**

POST OFFICE DRAWER 311167
ENTERPRISE, ALABAMA 36331-1167
(334) 393-4357
Fax: (334) 393-0026

WWW.BROCKANDSTOUT.COM

Krystal Butler
1409 12th Street N
Birmingham, AL 35204

September 18, 2017

Bankruptcy Case No.: 16-03996
RE: Motion for Relief Order

Dear Krystal Butler,

Please find enclosed the signed Consent Agreement for Lifting of Automatic Stay with regard to the property being surrendered to EvaBank. Should you have any questions, please contact our office.

Sincerely,

Stacy E. Steck
Legal Assistant to Michael D. Brock

Enclosure

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                    )
                                          )
KRYSTAL BUTLER                            )        CASE NO. 16-03996
                                          )        CHAPTER 13
         Debtor,                          )

CONSENT ORDER GRANTING
MOTION FOR APPROVAL OF
AGREEMENT TO MODIFY/LIFT THE AUTOMATIC STAY

         EvaBank filed a Motion for Relief from the Automatic Stay [Doc. 23] in order to allow it to foreclose its mortgage on real estate owned by the Debtor. The motion was set for hearing and prior to the hearing, the Debtor and EvaBank entered into an agreement that this Consent Order be issued. Therefore, it is ORDERED and DECREED that EvaBank's Motion for Relief from Stay is GRANTED:

         The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified/lifted to allow EvaBank to foreclose its mortgage on the real estate located at 1409 12th Street North, Birmingham, AL 35204, repossess and take possession of said property and sell it and reduce the debt owed to EvaBank.

         EvaBank's arrearage claim [3] shall be reduced to the amount paid to date, with EvaBank having 120 days in which to file a deficiency claim.


/s/ Christopher R. Stanfield                   /s/ John R. Lavette
Christopher R. Stanfield                       John R. Lavette
Attorney for Debtor                            Attorney for EvaBank


Dated:  September 14, 2017                      /s/ Tamara O. Mitchell
                                               TAMARA O. MITCHELL
                                               United States Bankruptcy Judge


This order prepared by: John R. Lavette, 2131 Third Ave. North, Birmingham, AL, 35203    (205) 254-3885

## A. Settlement Statement

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv. Unins | | | File Number **2008006** | Loan Number **80206468** | Mortgage Insurance Case Number |
| 4. ☐ VA   5. ☐ Conv. Ins. | | | | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "p.o c" were paid outside of closing; they are shown here for informational purposes and are not included in the totals.

D. NAME AND ADDRESS OF BORROWER: *Krystal N. Butler*
P.O. Box 1783, Birmingham, AL 35201

E. NAME AND ADDRESS OF SELLER: *Housing Auth. of the Birmingham Dist.*
*1826 3rd Avenue, South, Birmingham, AL 35233*

F. NAME AND ADDRESS OF LENDER: *EvaBank*
*2915 Clairmont Avenue, Birmingham, AL 35205*

G. PROPERTY LOCATION: *1409 12th Street, North*
*Birmingham, AL 35204*

H. SETTLEMENT AGENT: *SMILEY LAW LLC*
PLACE OF SETTLEMENT: *1826 3rd Avenue, South, Birmingham, AL 35233*
TIN: *26-1329704*

I. SETTLEMENT DATE: *02/19/2008*      RESCISSION DATE:

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | $97,000.00 | 401. Contract Sales Price | $97,000.00 |
| 102. Personal Property | | 402. Personal property | |
| 103. Settlements charges to borrower: | | 403. | |
| (from line 1400) | $3,894.25 | | |
| 104. | | 404. | |
| 105. | | 405. | |
| **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | | **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | |
| 106. City/town taxes          to | | 406. City/town Taxes          to | |
| 107. County Taxes          to | | 407. County Taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | $100,894.25 | **420. GROSS AMOUNT DUE TO SELLER:** | $97,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | $500.00 | 501. Excess deposit (see instructions) | $500.00 |
| 202. Principal amount of new loan(s) | $70,500.00 | 502. Settlement charges to seller (line 1400) | $817.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. *2nd Mortgage to HABD* | $29,894.25 | 506. *2nd Mortgage to HABD* | $29,894.25 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | | **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |

1/86

1708072232131

OMB No. 2502-0265

## SETTLEMENT CHARGES

| 700. TOTAL SALES/BROKER'S COMMISSION | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| BASED ON PRICE $97,000.00 @ % = | | | |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS. | | | |
| 701 | to | | |
| 702 | to | | |
| 703 | to | | |
| 704 | to | | |
| 705. Commission paid at settlement | | | |
| 706 | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | | |
| 801. Loan origination fee 1.0000 % to EvaBank | | $705.00 | |
| 802. Loan discount % to EvaBank | | | |
| 803. Appraisal fee to: EvaBank | | | |
| 804. Credit report to: EvaBank | | | |
| 805. Lender's inspection fee EvaBank | | | |
| 806. Mortgage insurance application fee to EvaBank | | | |
| 807. Assumption fee EvaBank | | | |
| 808. Loan Fee to Eva Bank | | $877.00 | |
| 809. Broker Origination Fee to First Performance | | $1,057.50 | |
| 810. Processing Fee to First Performance | | $98.50 | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 816. | | | |
| 817. | | | |
| 818. | | | |
| 819. | | | |
| 820. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | | |
| 901. Interest from 02/19/2008 to 03/01/2008 @ $20.45 / day | | | |
| 902. Mortgage insurance premium for mos. to | | | |
| 903. Hazard insurance premium for 1.00 yrs to State Farm | | $668.00 | |
| 904. Flood insurance premium for yrs. to | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | | |
| 1001. Hazard insurance months @ per month | | | |
| 1002. Mortgage insurance months @ per month | | | |
| 1003. City property taxes months @ per month | | | |
| 1004. County property taxes months @ per month | | | |
| 1005. Annual assessments months @ per month | | | |
| 1006. Flood insurance months @ per month | | | |
| 1007. months @ per month | | | |
| 1008. months @ per month | | | |
| 1009. Aggregate Accounting Escrow Adjustment | | | |
| **1100. TITLE CHARGES:** | | | |
| 1101. Settlement or closing fee to Smiley Law LLC | | $250.00 | $250.00 |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| (includes above items Numbers: ) | | | |
| 1108. Title insurance to Magic City Title | | | $525.00 |
| (includes above items Numbers: ) | | | |
| 1109. Lender's coverage ( $70,500.00 ) | | | |
| 1110. Owner's coverage | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | | |
| 1201. Recording fees: Deed $4.50 ; Mortgage $14.50 ; Releases | | $19.00 | |
| 1202. City/county tax/stamps: Deed $26.50 ; Mortgage $105.75 | | $132.25 | |
| 1203. State tax/stamps: Deed ; Mortgage ; Other | | | |

*Complaint*
#170407-232153/

```
CREDIT MEMO            EVABANK                                        ACCOUNT #
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   APR          FINANCE CHARGE     AMOUNT FINANCED         TOTAL OF PMTS
  10.580          156054.40          67448.00               223502.40
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PRINCIPAL AMOUNT     66632.00                FINANCE CHARGES
AMOUNT REFINANCED                    INTEREST                   153002.40
                                     SERVICE CHG 1                1582.00
FEES:                                SERVICE CHG 2                 314.00
FILING FEES            148.00        SERVICE CHG 3                1156.00
ATTORNEY               314.00        PREPAID FIN

HOI                    668.00
                                     TOTAL                       156054.40
                                     - - - - - - - - - - - - - - - - - - - - - -
PREPAID FIN CHG                             PAYMENT SCHEDULE
DEC CL PREM                          1ST PMT DATE                 3/19/08
LEVEL CL PREM                        NO. PMTS/YR                       12
DISABILITY PREM                      TOTAL NO. PMTS                   360
DOC STAMP TOTAL                      REGULAR PMT                   620.84
TOTAL AMT. FIN.      67448.00        FINAL PMT                     620.84
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Krystal N Butler                     OFFICER:            COC
1409 12th Street North               LOAN DATE:          2/19/08
Birmingham AL 35204                  MATURITY DATE:       2/19/38
                                     BIRTH DATE:          7/03/70
                                     ACCOUNT NUMBER:      80206468

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COLLATERALMORTGAGE DATED 2/19/08 IN THE AMOUNT OF $70500.00
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GUARANTORS:


COMMENTS:       EVA ORIG $705.00 LOAN FEE $877.00
                BROKER ORIGINATION 1057.50
                PROCESSING 98.50

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: _Krystal N. Butler_   Date: 2-19-08   Seller or Agent: _Naomi H. Thurman_ 2/19/08

**Krystal N. Butler**   **Housing Auth. of the Birmingham Dist.**

Borrower: _____   Date: _____   Seller or Agent: _____   Date: _____

Borrower: _____   Date: _____   Seller or Agent: _____   Date: _____

Borrower: _____   Date: _____   Seller or Agent: _____   Date: _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____   Date: _____   Settlement Agent: _____   Date: 2/19/08

**Melissa E. Smiley**

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

complaint
#
170807-2321531

Important Notice Regarding Your Privacy

EVABANK
Consumer Privacy Notice

Our Commitment to Your Privacy

Your financial privacy is a matter of prime importance to EvaBank. We
are dedicated to keeping your personal financial information
confidential, while still being able to provide you with the very
latest financial products and services that are tailored to your
needs. Our privacy policy, described in detail below, reflects our
commitment to keeping your personal financial information secure
at EvaBank.

We do not sell your information to outside marketers.

The Information We Collect

We collect information about you from the following sources:

1.  Information you give us on applications or other forms

2.  Information about your transactions with us

3.  Information about your transaction with other parties

4.  Information we receive from consumer reporting agencies

Limited Disclosure of Information

To the extent permitted by applicable law, we may disclose the
information that we collect in the following limited circumstances:

1.  To non-financial companies that perform servies for us of
    functions on our behalf, such as data storage or mail service.

2.  To companies that perform marketing services on our behalf or
    to other financial institutions with which we have joint
    marketing agreements.

We also disclose this information as otherwise permitted by law.

Confidentiality and Security - We restrict internal access to
nonpublic personal information about you to those employees who need
to know that information. We maintain physical, electronic and
procedural safeguards that comply with federal standards to guard
this information.

We appreciate you banking with us. If you have questions about our
Privacy Policy, please visit your local EvaBank Office or call us at
(256) 255-2000.

#17c807-232/53/

| EVABANK<br>2915 CLAIRMONT AVE<br>BIRMINGHAM, AL. 35205<br><br>LENDER'S NAME AND ADDRESS | Krystal N Butler<br>1409 12th Street North<br>Birmingham AL 35204<br><br>BORROWER'S NAME AND ADDRESS | Loan Number _____ 80206468<br>Date _____ 2/19/08<br>Mat. Date _____ 2/19/38<br>Loan Amount $ ___ 70,500.00 |
|---|---|---|

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid when I have made all scheduled payments. | I have the right to receive at this time an itemization of the Amount Financed |
|---|---|---|---|---|
| 10.580 % | $156,054.40 | $ 67,448.00 | $ 223,502.40 | I __X__ do _____ do not<br>want an itemization. |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 360 | $ 620.84 | Monthly beginning    3/19/08 |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
| 0 | $ | 0 |
| 0 | $ | 0 |

For a TOTAL of $

☐ **Demand:** ☐ This loan has a demand feature. ☐ This loan is payable on demand and all disclosures are based on an assumed maturity of one year.

☐ **Variable Rate** (Check one)  { ☐ My loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to me earlier.

☐ The annual percentage rate may increase during the term of this transaction if _____

_____

_____

_____ . The rate may not increase more often than once _____ and may not

increase more than _____ % each _____ . Any increase will take the form of _____

_____ . If the rate increases by _____ % in _____ ,

the _____ will increase to _____ . The rate will not go above _____ %.

☒ **Security:** I am giving a security interest in: ☒ (brief description of other property)    Filing/Recording Fees: $ ____ 148.00

☐ the goods or property being purchased.                    1409 12TH STREET NORTH

☐ collateral securing other loans with you may also secure this loan.    BIRMINGHAM AL 35204

☐ my deposit accounts and other rights I may have to the payment of money from you.

☒ **Late Charge:** If a payment is late I will be charged <u>if after 10 days 5% will be charged on the unpaid amt   with</u>

☐ **Required Deposit:** The annual percentage rate does not take into account my required deposit.    a min. of $10.00 and max of $100

**Prepayment:** If I pay off this loan early, I    ☐ may  ☒ will not    have to pay a penalty.

☐ may  ☒ will not    be entitled to a refund of part of the finance charge.

☒ **Assumption:** Someone buying my house ☐ may, subject to conditions, be allowed to ☒ cannot   assume the remainder of the mortgage on the original terms.

I can see my contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.    "e" means an estimate.

Express® © 1982 Bankers Systems, Inc., St. Cloud, MN  Form TL-ORV-S  3/12/2002

CREDIT INSURANCE - Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay the additional costs.

| Type | Premium | Term |
|------|---------|------|
| Credit Life | | |
| Credit Disability | | |
| Joint Credit Life | | |

☐ do ☒ do not  want credit life insurance.

X _____  DOB _____

☐ do ☒ do not  want credit disability insurance.

X _____  DOB _____

☐ do ☒ do not  want joint credit life insurance.

X _____  DOB _____

X _____  DOB _____

☐ do ☐ do not  want _____ insurance.

X _____

PROPERTY INSURANCE - I may obtain property insurance from anyone I want that is acceptable to you. If I get the insurance from or through you

I will pay $ _____ for _____ of coverage.

FLOOD INSURANCE - Flood insurance ☐ is ☒ is not  required. I may obtain flood insurance from anyone I want that is acceptable to you. If I get the insurance from or through you I will pay

$ _____ for _____ of coverage.

### ITEMIZATION OF AMOUNT FINANCED

| | |
|---|---|
| Amount given to me directly | $ 66,632.00 |
| Amount paid on my (loan) account | $ |
| BROKER ORIG FEE | $ 1,156.00 |
| AMOUNTS PAID TO OTHERS ON MY BEHALF:* | |
| Insurance Companies | $ |
| Public Officials | $ 148.00 |
| ATTORNEY | $ 314.00 |
| | $ |
| HOI | $ 668.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| EVABANK ORIG | $ 1,582.00 |
| | |
| (less) PREPAID FINANCE CHARGE(S) | $ 3,052.00 |
| | |
| Amount Financed | $ 67,448.00 |

(Add all items financed and subtract prepaid finance charges.)

*You may retain or receive a portion of these amounts.

BY SIGNING BELOW - I ACKNOWLEDGE RECEIPT OF A COPY OF THIS DISCLOSURE ON THE DATE INDICATED ABOVE.

X _____   X _____   X _____

Krystal N Butler

Complaint
#1 70807-232153

| DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>**STANDARD FLOOD HAZARD DETERMINATION** | *See The Attached<br>Instructions* | O.M.B. No. 1660-0040<br>Expires October 31,2008 |
|---|---|---|

**SECTION I - LOAN INFORMATION**

B0206468

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL *(Building/Mobile Home/Personal Property)* PROPERTY ADDRESS<br>*(Legal Description may be attached)* |
|---|---|
| EVABANK<br>2915 CLAIRMONT AVE<br>BIRMINGHAM, AL. 35205 | 1409 12TH STREET NORTH<br>BIRMINGHAM AL          35204 |

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER | 5. AMOUNT OF FLOOD INSURANCE REQUIRED |
|---|---|---|
| | | $ |

**SECTION II**

A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION

| 1. | NFIP Community<br>Name | 2. | County(ies) | 3. State | 4. | NFIP Community<br>Number |
|---|---|---|---|---|---|---|
| | BIRMINGHAM, CITY OF | | JEFFERSON | AL | | 010116 |

B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME

| 1. NFIP Map Number or Community-Panel Number<br>(Community name, if not the same as "A") | 2. NFIP Map Panel Effective/<br>Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP<br>Map |
|---|---|---|---|---|
| 01073C0389G | 9/26/06 | ☐ Yes<br>Date | X | |

C. FEDERAL FLOOD INSURANCE AVAILABILITY *(Check all that apply)*

1. ☒ Federal Flood insurance is available *(community participates in NFIP)*.   ☒ Regular Program   ☐ Emergency Program of NFIP

2. ☐ Federal Flood insurance is not available because community is not participating in the NFIP.

3. ☐ Building/Mobile Home is in a Coastal Barrier Resources Area (CBRA) or Otherwise Protected Area (OPA). Federal Flood insurance may not be available.

CBRA/OPA designation date: _____

D. DETERMINATION

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA**
**(ZONES CONTAINING THE LETTERS "A" OR "V")?**   ☐ YES   ☒ NO

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.

If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

E. COMMENTS *(Optional)*:

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

F. PREPARER'S INFORMATION

| NAME, ADDRESS, TELEPHONE NUMBER *(if other than Lender)* | DATE OF DETERMINATION |
|---|---|
| | 2/19/08 |

FEMA Form 81-93, DEC 05          This form may be locally reproduced.


Wolters Kluwer Financial Services
VMP®-525 (0605).01
Page 1 of 2



| BORROWER'S NAME AND ADDRESS | LENDER'S NAME AND ADDRESS | Loan Number | 80206468 |
|---|---|---|---|
| Krystal N Butler | EVABANK | Date of Settlement | 1/18/08 |
| 1409 12th Street North | 2915 CLAIRMONT AVE | Date Escrow Acct. Est. | |
| Birmingham AL 35204 | BIRMINGHAM, AL. 35205 | Date of Disclosure | 1/18/08 |
| | TOLL-FREE NO. | | |

SERVICER'S NAME, ADDRESS, AND TOLL-FREE NO. (IF DIFFERENT FROM LENDER)

## *INITIAL* ESCROW ACCOUNT DISCLOSURE STATEMENT

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|

Initial deposit: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

NO ESCROWS

| | | | |
|---|---|---|---|
| INSURANCE: | 0 | pmts of | 0 |
| TAXES: | 0 | pmts of | 0 |

(PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.)

Cushion selected by servicer:  $ _____

Your 00 _____ mortgage payment for the coming year will be $_____, of which

$_____620.84_____ will be for principal and interest, $_____ will go into your escrow account,

$_____ will be for private mortgage insurance, and $_____ will be for discretionary

items (such as life insurance, disability insurance) that you chose to be included with your payment.

☑ The terms of your loan may result in changes to the principal and interest payments during the year.

VOLUNTARY ESCROW ACCOUNT PAYMENTS